UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO V. GONZALEZ,<br><br>                              Petitioner,<br><br>v.<br><br>SULLIVAN, Warden, et al.,<br><br>                              Respondents. | Case No.: 3:18-cv-02007-JAH-BGS<br><br>**ORDER:**<br><br>**(1)  LIFTING STAY;**<br><br>**(2) DISMISSING PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2254**<br><br>**(ECF No. 1).** |

    The history of this case has been fully set forth in the Court's prior order to show cause. (*See* ECF No. 13).  Petitioner was ordered to show cause why the stay in this case should not be lifting and the case dismissed for a failure to exhaust his state court remedies, as previously ordered by this Court. (*Id.* at 2-3).  To date, Petitioner has not responded to the Court's order to show cause, and there has been no indication that Petitioner has attempted to exhaust his state judicial remedies.  Accordingly, IT IS HEREBY ORDERED:

    1.    The stay in the case, (ECF No. 7), is **LIFTED**, and,

///

2. The case is **DISMISSED** in its entirety *without prejudice* for a failure to exhaust state judicial remedies. *See Trimble v. City of Santa Rosa*, 49 F.3d 583, 586 (9th Cir. 1995) (A dismissal for failure to exhaust is not a bar to returning to federal court after exhausting available state remedies). A certificate of appealability is not warranted in this case. *See* Rule 11(a) of the Rules Governing § 2254 Cases, 28 U.S.C. foll. § 2254 (requiring district court to rule on certificate of appealability in same order that denies petition). Petitioner has not shown "that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

**IT IS SO ORDERED.**

DATED: March 30, 2023

_____
JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE